02-11-412-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00412-CR 

 

 


 
 
 Jimmy Tyrone Polty
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE 
 
 


 

------------

 

FROM Criminal
District Court No. 1 OF Tarrant COUNTY

------------

CORRECTED

MEMORANDUM
OPINION[1] AND
JUDGMENT

----------

          We
have considered “Appellant=s Motion To Dismiss His Appeal.” 
The motion complies with rule 42.2(a) of the rules of appellate procedure. 
Tex. R. App. P. 42.2(a). 
No decision of this court having been delivered before we received this motion,
we grant the motion and dismiss the appeal.  See Tex. R. App. P. 42.2(a), 43.2(f).

PER
CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

 

DO NOT PUBLISH

Tex. R. App.
P. 47.2(b)

 

DELIVERED:  October 6, 2011

 








 









[1]See Tex. R. App. P. 47.4.